UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4104

SHEMTOV MICHTAVI

v.

WILLIAM SCISM, FORMER WARDEN, LSCI ALLENWOOD;
J. MILLER, SUPERVISING PHYSICIAN, LSCI ALLENWOOD;
D. SPOTTS, COORDINATOR, HEALTH SERVICES, LSCI ALLENWOOD;
UNITED STATES OF AMERICA; J. L. NORWOOD, NORTHEAST REGIONAL
DIRECTOR;HARRELL WATTS, NATIONAL INMATE ADMINISTRATIVE APPEALS
ADMINISTRATOR; DELBERT G. SAUERS, WARDEN LSCI ALLENWOOD;
FRANK STRADA, FORMER WARDEN, LSCI ALLENWOOD; DOES #1 TO #5

William Scism, D. Spotts, J. Miller,
                                          Appellants

(M.D. Pa. No. 1-12-cv-01196)

Present:  VANASKIE, SLOVITER and RENDELL, Circuit Judges

    1. Motion by Appellants to Designate Opinion Dated October 19, 2015 as
    Precedential.

                                          Respectfully,
                                          Clerk/mlr
_____ORDER_____
    The foregoing Motion by Appellants to Designate Opinion Dated October 19,
2015 as Precedential is **granted.**

                                          By the Court,


                                          s/ Marjorie O. Rendell
                                          Circuit Judge

Dated: December 14, 2015
tmm/cc: all counsel of record